

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2017

No. 04-16-00518-CV

**PAVING & SEAL PRO** and Courtnay Brooks,
Appellants

v.

**MCCONNELL CARS & RV, LLC**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-18929
Honorable David A. Canales, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file brief is hereby GRANTED. Time is extended to January 25, 2017.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court